# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**           Case No:   6:14-cv-146-Orl-31TBS

**DWIGHT R. SANDERBECK,**

    **Defendant.**

## ORDER

This cause comes before the Court on the Government's Motion for Entry of Default Judgment against Defendant Dwight R. Sanderbeck (Doc. No. 9), filed March 7, 2014.

On March 12, 2014, the United States Magistrate Judge issued a report (Doc. No. 10) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED.** The Clerk is directed to enter final default judgment in favor of Plaintiff and against Defendant in the amount of $26,735.04 (which includes interest through March 12, 2014), plus $840.00 in attorney's fees, and $45.00 for costs.

3. After entry of judgment, the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 31, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party